IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------- :
UNITED STATES OF AMERICA :
: CASE NO.  5:05 CR 131
Plaintiff :
:
-vs- :
:
JASON SIU : ORDER ACCEPTING PLEA
: AGREEMENT AND JUDGMENT AND
Defendant : NOTICE OF HEARING
------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Patricia A. Hemann regarding the change of plea hearing and plea agreement of Jason Siu which was referred to the Magistrate Judge with the consent of the parties.

On 16 March 2005, the government filed a one-count indictment against Jason Siu for conspiracy to possess with the intent to distribute and distribution of a controlled substance in violation of 21 U.S.C. § 846.  On 20 May 2005, a hearing was held in which Jason Siu entered a plea of not guilty before Magistrate Judge Perelman.  On 27 October 2005, Magistrate Judge Hemann received Jason Siu's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.  Magistrate Judge Hemann filed her R&R on 29 September 2005.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Jason Siu is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Jason Siu is adjudged guilty of Count One in violation of 21 U.S.C. § 846.

Sentencing will be:

**20 December 2005 at 10:00 a.m.**

**Courtroom 18-A**
**18th Floor the United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio**

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 25 October 2005